**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID MUGRIDGE,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MINH THE TRAN, et al.,**<br><br>　　　　　　**Defendants.** | **1:14-cv-1838-LJO-GSA**<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 7)** |

　　　　Based on Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated: __**March 23, 2015**__　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1